# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2399
L.T. Case No. 2010-CF-007862-A

_____

MARCUS D. EBRON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Marcus D. Ebron, Sneads, pro se.

Ashley Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.

January 21, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____